UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

In the Matter of:

                                             CHAPTER 13 PROCEEDINGS

ALLEN J ADAIR                      CASE NUMBER: 05-26693
JOAN M ADAIR                    HON: DANIEL S OPPERMAN
                Debtor(s).
_____/

## STATEMENT REGARDING FUNDS TO BE DEPOSITED IN US REGISTRY

     Now Comes Thomas W McDonald, Jr. Chapter 13 Trustee, pursuant to Code §347 and Bankruptcy Rule 3010, he states that he currently has funds in the amount of $761.45 for deposits in the U. S. Registry as evidenced by the attached Check No. 250418 made payable to U.S. Bankruptcy Court.

     The basis for payment of said funds to the U.S. Registry is "Unclaimed Funds" from the interim distribution on April 30, 2010 and May 31, 2010 on behalf of the following creditor:

     April 30, 2010     $72.47     Old Canal Financial
     May 31, 2010      $688.98    Old Canal Financial

     Creditor has failed to cash check and not able to contact them by phone, letters have not been answered.

Date: July 30, 2010                                   /s/ Thomas W McDonald
                                                                    Thomas W McDonald, Jr.
                                                                    Chapter 13 Trustee
                                                                    3144 Davenport Ave
                                                                    Saginaw Mi 48602
                                                                    Telephone (989) 792-6766
                                                                    ecf@mcdonald13.org